428 A.2d 270

Commonwealth v. Brooks, Appellant.

Submitted November 16, 1979. Bruce A. Carsia, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

428 A.2d 271

Commonwealth v. Burgess, Appellant.

Submitted September 15, 1978. Vincent A. Couchara, for appellant; Robert A. Selig, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.